### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE

**FIGUEROA CAMACHO, DOMINGO**
**ALICEA AYALA, JUDITH**

**DEBTOR (S)**

CASE NO. 08-05425

CHAPTER 13

CERTIFICATE OF SERVICE

I hereby certify that on the 23th of August, 2008 I notified all creditors and parties in interest of the Motion to Extend the Automatic Stay filled on that same date to the Chapter 13 Trustee through CM/ECF and to all creditor and parties in interest by regular mail as per master address list.

I HEREBY CERTIFY: That a copy of this document has been served to the Chapter 13 Trustee through CM/ECF and to all creditor and parties in interest by regular mail as per master address list

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 23th day of August, 2008.

/s/ HECTOR VELAZQUEZ HERNANDEZ
USDC PR 208313
P.O. Box 360847
San Juan, PR 00936-0847
Tel. (787) 317-2240
E-mail hector581@yahoo.com