IN RE FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH                    Case No. 08-05425-13
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP<br>Son | AGE<br>21 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | UNIVERSAL SOLAR PRODUCTS INC. | DEPT DE EDUCACION DE PR |
| How long employed | | |
| Address of Employer | PO BOX 364027<br>SAN JUAN, P.R. 00936-4027 | AVE. TENIENTE CESAR GONZALEZ, ESQ CALAF<br>HATO REY, P.R. 00782-9612 |

**INCOME:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,200.00 | $ 2,754.00 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 3,200.00 | $ 2,754.00 |
| **4. LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ | $ 114.00 |
| b. Insurance | $ | $ 410.00 |
| c. Union dues | $ | $ |
| d. Other (specify)  See Schedule Attached | $ 704.00 | $ 989.20 |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 704.00 | $ 1,513.20 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,496.00 | $ 1,240.80 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) CHRISTMAS BONUS $920/12 | $ | $ 76.66 |
| FEDERAL PROPOSAL TEACHING | $ | $ 630.00 |
| | $ | $ |
| **14. SUBTOTAL OF INCOME REPORTED ON LINES 4 THROUGH 10** | $ | $ 706.66 |
| **15. TOTAL MONTHLY INCOME** (Add amounts shown on Lines 6 through 14.) | $ 2,496.00 | $ 1,947.46 |

**16. TOTAL COMBINED MONTHLY INCOME** $ 4,443.46    (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH                    Case No. **08-05425-13**
                                 Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| **GPR PLAN DE RETIRO** | | **242.00** |
| **FONDOS UNIDOS** | | **2.00** |
| **AHORRO AEELA** | | **80.72** |
| **SC NATIONAL LIFE INSURANCE** | | **57.26** |
| **AE SEGURO POR MUERTE ASOC ELA** | | **8.50** |
| **CO COOP COMERIENA** | | **598.72** |
| **STATE INCOME TAX (7%)** | **224.00** | |
| **SOCIAL SECURITY** | **480.00** | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE **FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH**         Case No. **08-05425-13**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,031.00 |
|    a. Are real estate taxes included?   Yes ✓   No ___ | |
|    b. Is property insurance included?   Yes ✓   No ___ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 350.00 |
|    b. Water and sewer | $ 165.00 |
|    c. Telephone | $ 78.00 |
|    d. Other  **CELULAR BILL (2)** | $ 120.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 80.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ |
|    e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
|    c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **GASOLINE** | $ 300.00 |
| | $ |
| | $ |
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 2,844.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
|    a. Total monthly income from Line 16 of Schedule I | $ 4,443.46 |
|    b. Total monthly expenses from Line 18 above | $ 2,844.00 |
|    c. Monthly net income (a. minus b.) | $ 1,599.46 |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH**                     Case No. **08-05425-13**
                                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**13**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                                                                                                             (Total shown on summary page plus 1)

Date: **August 26, 2008**              Signature: **/s/ DOMINGO FIGUEROA CAMACHO**
                                                    **DOMINGO FIGUEROA CAMACHO**                                    Debtor

Date: **August 26, 2008**              Signature: **/s/ JUDITH ALICEA AYALA**
                                                    **JUDITH ALICEA AYALA**                                    (Joint Debtor, if any)
                                                                                   [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                       (Total shown on summary page plus 1)

Date: _____          Signature: _____

                                                       _____
                                                       (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only