IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-05425 GAC

DOMINGO FIGUEROA CAMACHO

Chapter 13

JUDITH ALICEA AYALA

XXX-XX-6966

XXX-XX-4879

FILED & ENTERED ON 08/27/2008

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 08/23/2008, debtor filed a motion for continuation of the automatic stay as to debtor (docket #3). In accordance with General Order 05-12, if an objection is timely filed, a hearing will be held on 09/09/2008 at 10:00 A.M. in the United States Bankruptcy Court, Courtroom 3 Third Floor, 300 Recinto Sur Street, San Juan, Puerto Rico. If no objection is filed, the hearing may be vacated.

San Juan, Puerto Rico, this 27 day of August, 2008.

AIDA MACHARGO
Deputy Clerk

Cc: All creditors