IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-05425 GAC

DOMINGO   FIGUEROA CAMACHO

Chapter 13

JUDITH   ALICEA AYALA


XXX-XX-6966

XXX-XX-4879

FILED & ENTERED ON 08/27/2008

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 08/23/2008, debtor filed a motion for continuation of the automatic stay as to debtor (docket #3). In accordance with General Order 05-12, if an objection is timely filed, a hearing will be held on 09/09/2008 at 10:00 A.M. in the United States Bankruptcy Court, Courtroom 3 Third Floor, 300 Recinto Sur Street, San Juan, Puerto Rico.  If no objection is filed, the hearing may be vacated.

San Juan, Puerto Rico, this 27 day of August, 2008.

AIDA MACHARGO
Deputy Clerk

Cc: All creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3           User: machargoa              Page 1 of 1              Date Rcvd: Aug 27, 2008
Case: 08-05425                 Form ID: pdf001              Total Served: 9

The following entities were served by first class mail on Aug 29, 2008.
 db           +DOMINGO FIGUEROA CAMACHO,    HC 03 BOX 9121,    COMERIO, PR 00782-9613
 jdb          +JUDITH ALICEA AYALA,    HC 03 BOX 9121,    COMERIO, PR 00782-9613
 smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
 smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
 smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:  INTERNAL REVENUE SERVICE,    PO BOX 21126,    PHILADELPHIA, PA  19114)
 smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
                SAN JUAN, PR  00918
 smg          +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
2613398        LCDO. JOSE A. PEREZ FERRARI,    COND. EL CENTRO I 500 MUNOZ RIVERA,    OFICINA 211-214,
                SAN JUAN, PR  00918
2613399        RG MORTGAGE CORP,    PO BOX 362394,    SAN JUAN, PR  00936-2394

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2008**                        **Signature:** _Joseph Speetjens_