IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>DOMINGO FIGUEROA CAMACHO;<br>JUDITH ALICEA AYALA<br><br>DEBTORS | CASE NO.: 08-05425<br><br>CHAPTER 13 |

MOTION TO VACATE SCHEDULED HEARING AND REQUESTING ENTRY
OF ORDER GRANTING CONTINUANCE OF AUTOMATIC STAY

TO THE HONORABLE COURT:

NOW COMES the above named debtors through the undersigned attorney and very respectfully prays and alleges as follows:

1. That debtors filed a Motion for continuance of the automatic stay beyond the initial 30 day period on August 23, 2008 with an 11 day objection language.

2. That the time to reply to said objection elapsed and creditors failed to do so.

WHEREFORE, it is respectfully requested that this Honorable Court vacate the hearing scheduled for September 9, 2008 and grant the order extending the automatic stay for the reasons herein stated.

I HEREBY CERTIFY: That a copy of this motion has been served to the Chapter 13 Trustee through CM/ECF and to all creditor and parties in interest by regular mail as per master address list

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 8th day of September, 2008.

/s/ HECTOR VELAZQUEZ HERNANDEZ
USDC PR 208313
P.O. Box 360847
San Juan, PR 00936-0847
Tel. (787) 317-2240
E-mail hector581@yahoo.com