```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

IN RE:

                                                               CASE #08-05425

**DOMINGO FIGUEROA CAMACHO**
**JUDITH ALICEA AYALA**                                    CHAPTER 13

      Debtor
-------------------------------\*

                        **OBJECTION TO CLAIM #1**

**TO THE HONORABLE COURT:**

     NOW COMES the above named debtors through the undersigned attorney and very respectfully pray and allege as follows:

     1.   That creditor FINANCIERA BERRIOS filed a proof of claim #1 in the sum of 434.70

     2.   As evidence Creditor Financiera Berrios provides a proof of claim with the date debt was incurred as more than 22 years ago (10/11/1986).(exhibit attached)

     3.   That debtor objects to such claim inasmuch as claim has prescribed and is barred from recovery as per Puerto Rico's statute of limitations.

     WHEREFORE, it is respectfully requested that this Honorable Court disallow claim #1 for the reasons herein stated.

     San Juan, Puerto Rico this September 8, 2008.

     I CERTIFY that on this date I sent by electronic mail a true copy of this motion to Trustee Alejandro Oliveras Rivera,Esq., to movant Financiera Berrios, PO Box 674, Cidra, P.R. 00739, to parties in interest and by regular mail to creditors as per master address list.

<u>**30 DAY NOTICE**</u>

     TO ALL PARTIES in interest: You are hereby granted 30 days from the date of this notice to oppose the motion and request a hearing, if no opposition is filed the Court may grant this motion without the need for a hearing.

                                  /s/ HECTOR VELAZQUEZ HERNANDEZ
                                   USDC PR 208313
                                  P.O. Box 360847
                                   San Juan, PR 00936-0847
                                   Tel. (787) 317-2240
                                   E-mail hector581@yahoo.com

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT ___ DISTRICT OF PUERTO RICO | PROOF OF CLAIM |
|---|---|

| Name of Debtor: FIGUEROA CAMACHO DOMINGO | Case Number: 08-05425  CH 13 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
FINANCIERA BERRIOS 0030858

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
FINANCIERA BERRIOS
PO BOX 674
CIDRA P.R. 00739
Telephone number: (787) 653-9393

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 02-026403-01 H

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Other  furniture & appliances
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:____
  Unpaid compensation for services performed
  From _____ to _____
    (date)        (date)

**2. Date debt was incurred:** 10/11/1986

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate          ☑ Other furniture and appliance
☐ Motor Vehicle

Value of Collateral: $     434.70

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $  434.70
(unsecured)  (secured)  (priority)  (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 9/5/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
CARMEN MARQUEZ BANKRUPTCY CLAIMS CLERK

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.