IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN RE:**
**DOMINGO FIGUEROA CAMACHO**
**JUDITH ALICEA AYALA**

Case No.: 08-05425 (GAC)

**CHAPTER 13**

**NOTICE OF APPERANCE**

**TO THE HONORABLE COURT:**

**NOW COMES** R&G Mortgage Corporation, a party in interest, herein through counsel and most respectfully **STATES** and **PRAYS:**

1. The appearing party has retained the services of the undersigned Law Office to represent them in all proceedings pending before this Honorable Court.

2. Appearing party requests the Court that if enter an Order directing counsel for debtor, other attorneys, in case, and the Clerk of the Court to serve on the undersigned copy of all pleading motions, pertinent documents, and events to be schedule for hearing in connection with the above captioned case.

3. This motion is filled pursuant to Bankruptcy Rule 9001(b) and Local Rule 10.001.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and the remedies requested be allowed forthwith, with such further relief as is deemed appropriate under the circumstances.

*Wallace Vázquez Sanabria*
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

**I CERTIFY**, that copy of this Motion was electronically notified to **Ms. Monsita Lecaroz Arribas**, **Mr. Alejandro Oliveras Rivera** and **Mr. Hector Velazquez Hernandez**

In San Juan, Puerto Rico, this  day of September 2008.

*[signature]*

Wallace Vázquez Sanabria-125101
17 Mexico Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Tel.: 787-756-5730
Fax.: 787-764-0340
E-Mail: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net