# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DOMINGO FIGUEROA CAMACHO & JUDITH ALICEA AYALA |
| **Case Number:** | 08-05425-GAC13          **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 09, 2008 10:00 AM   COURTROOM 3 |
| **Bankruptcy Judge:** | GERARDO A CARLO |
| **Courtroom Clerk:** | AIDA MACHARGO |
| **Reporter / ECR:** | N/A |

## *Matter:*

DEBTOR'S MOTION FOR CONTINUANCE OF THE AUTOMATIC STAY (#3)
**R / M #:**  0 / 0

## *Appearances:*

_____ Movant _____ Respondent's attorney _____ Trustee _____ Debtor(s)

## *Proceedings:*

DISPOSITION:

___Upon respondent(s)' failure to oppose and to appear at the hearing    scheduled for this date, the instant motion is granted and the stay is hereby lifted in favor of movant  Separate order to be entered.

ORDERS:
___Parties agreed to:  ____days to  ____cure arrears or  ___file a stipulation or joint motion for consent judgment or stay is lifted automatically.

__A Final Hearing will be scheduled for: _____

    X_____        X_____

___Upon debtor's consent, the instant motion is granted and the stay is hereby lifted in favor of movant

___Movant's application to withdraw the motion to lift stay is granted

___Debtor shall show cause within twenty (20) days why the case should not be dismissed for Failure to make current payments to the Chapter 13 Trustee.

___30-day determination period waived.

NOTES:  *Debtor's motion for continuance of the automatic stay (#3) is granted; no opposition filed.*

/s/ GERARDO A. CARLO
Chief, U. S. Bankruptcy Judge