STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

DOMINGO FIGUEROA CAMACHO
JUDITH ALICEA AYALA          Chapter 13

Case No. 08-05425-GAC
Attorney Name: HECTOR VELAZQUEZ HERNANDEZ*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: September 25, 2008
Time: 9:22    Track: 006
[ ] This is debtor(s) 3 Bankruptcy filing.
Liquidation Value: _____
Creditors
Aponte- Treasury

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[✓] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 04-07 [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete    [ ] Missing
   [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing    [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

DOMINGO FIGUEROA CAMACHO  
JUDITH ALICEA AYALA

Case No. 08-05425-GAC  
Chapter 13   Attorney Name: HECTOR VELAZQUEZ HERNANDEZ*

(Cont.)

**VI. Plan**
Date: August, 26, 2008   Base $ 96,000.00   [X] Filed   Evidence of Pmt shown: _____
Payments 0 made out of 1 due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** October, 17, 2008

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $150.00 = $2,850.00

**IX. Documents to be provided w/in ____ days**

[✓] Amended schedules  "I", "C", "B"
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[✓] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[✓] Licenses issued by:
    IVU Certificate

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

1) Amend Sch I to provide occupation of both: salesman, teacher, respectively
2) Amend Sch C to eliminate exemption over homestead
3) Amend Sch B to include wearing apparel of both debtors and Sch C accordingly
4) Amend plan to surrender AEELA's share
5) Amend Schedule I to exclude deduction of Coop Comerciar of $598.72 monthly and increase plan's monthly payments in place
6) Trustee will file Motion to Dismiss if 1st pymt is not received in next 10 days.

Trustee/Presiding Officer   Date: September 25, 2008   (Rev.)