IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>DOMINGO FIGUEROA CAMACHO;<br>JUDITH ALICEA AYALA<br><br>DEBTORS | CASE NO.: 08-05425 GAC<br><br>CHAPTER 13 |

DEBTOR'S AMENDMENT OF SCHEDULES
AND STATEMENT OF PURPOSE

TO THE HONORABLE COURT:

Debtor in the above captioned case hereby **AMENDS Schedule B,C, I, and J** attached, for those originally filed, pursuant to R. Bankr. P. 1009.

Notice is hereby given that unless a party in interest files a written objection to the Amendment of Schedule B, C, I and J within twenty (20) days from the date of the notice indicated herein below, then the Court will enter an order approving the Amendment of Schedules without further notice of hearing.

**STATEMENT OF PURPOSE**

The purpose of the Amendment of each Schedule as requested in Trustee's report is as follows:

**SCHEDULE I an J:**

**To provide occupation of both debtors** *(salesman and teacher)*

**To exclude deduction of Cooperativa Comerieña of $598.72 monthly and include son's medical expenses.**

**SCHEDULE B:**

**to include wearing apparel of both debtors**

**SCHEDULE C:**

**to eliminate exemption over homestead**

I HEREBY CERTIFY: That a copy of this motion has been served to the Chapter 13 Trustee through CM/ECF and to all creditor and parties in interest by regular mail as per master address list

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 8th day of September, 2008.

/s/ HECTOR VELAZQUEZ HERNANDEZ
USDC PR 208313
P.O. Box 360847
San Juan, PR 00936-0847
Tel. (787) 317-2240
E-mail hector581@yahoo.com

IN RE **FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH** Case No. **08-05425-GAC**
Debtor(s)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **COOPERATIVA COMERIEÑA SAVINGS SHARES** | J | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **STOVE, WASHER, TV SET, DINETTE SET, LIVING AND BEDROOM SET** | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **MEN, WOMEN AND ADULT CHILD GARMENTS** | J | 900.00 |
| 7. Furs and jewelry. | | **MEN AND WOMEN JEWELRY** | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

**AMENDED SCHEDULE B - PERSONAL PROPERTY**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH                          Case No. 08-05425-GAC
Debtor(s)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 DAEWOO LLANOS | J | 1,300.00 |
| | | 2001 TOYOTA COROLLA | J | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 11,200.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____0_____ continuation sheets attached

**AMENDED SCHEDULE B - PERSONAL PROPERTY**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH**  Case No. **08-05425-GAC**
Debtor(s)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **STOVE, WASHER, TV SET, DINETTE SET, LIVING AND BEDROOM SET** | 11 USC § 522(d)(3) | 4,000.00 | 4,000.00 |
| **MEN, WOMEN AND ADULT CHILD GARMENTS** | 11 USC § 522(d)(3) | 900.00 | 900.00 |
| **MEN AND WOMEN JEWELRY** | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| **1998 DAEWOO LLANOS** | 11 USC § 522(d)(2) | 1,300.00 | 1,300.00 |
| **2001 TOYOTA COROLLA** | 11 USC § 522(d)(2) | 4,000.00 | 4,000.00 |

**AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH**                Case No. **08-05425-GAC**
Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son** | AGE<br>**21** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **SALESMAN** | **TEACHER** |
| Name of Employer | **UNIVERSAL SOLAR PRODUCTSINC** | **DEPARTMENT OF EDUCATION PR** |
| How long employed | | |
| Address of Employer | **PO BOX 364027**<br>**SAN JUAN, P.R. 00936-4027** | **AVE. TENIENTE CESAR GONZALEZ, ESQ. CALAF**<br>**HATO REY, P.R. 00782-9612** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,200.00 | $ 2,754.00 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 3,200.00 | $ 2,754.00 |
| **4. LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ | $ 114.00 |
| b. Insurance | $ | $ 410.00 |
| c. Union dues | $ | $ |
| d. Other (specify) See Schedule Attached | $ 704.00 | $ 390.48 |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 704.00 | $ 914.48 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,496.00 | $ 1,839.52 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income | | |
| (Specify) **CHRISTMAS BONUS $920/12** | $ | $ 76.66 |
| **FEDERAL PROPOSAL TEACHING** | $ | $ 630.00 |
| | $ | $ |
| **14. SUBTOTAL OF INCOME REPORTED ON LINES 4 THROUGH 10** | $ | $ 706.66 |
| **15. TOTAL MONTHLY INCOME** (Add amounts shown on Lines 6 through 14.) | $ 2,496.00 | $ 2,546.18 |

**16. TOTAL COMBINED MONTHLY INCOME $  5,042.18**   (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**NONE**

AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE <u>FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH</u>    Case No. <u>08-05425-GAC</u>
Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| **STATE INCOME TAX (7%)** | **224.00** | |
| **SOCIAL SECURITY** | **480.00** | |
| **GPR PLAN DE RETIRO** | | **242.00** |
| **FONDOS UNIDOS** | | **2.00** |
| **AHORRO AEELA** | | **80.72** |
| **SC NATIONAL LIFE INSURANCE** | | **57.26** |
| **AE SEGURO POR MUERTE ASOC ELA** | | **8.50** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE **FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH**     Case No. **08-05425-GAC**
Debtor(s)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,031.00 |
|     a. Are real estate taxes included?  Yes ✓  No ___ | |
|     b. Is property insurance included?  Yes ✓  No ___ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 350.00 |
|     b. Water and sewer | $ 165.00 |
|     c. Telephone | $ 78.00 |
|     d. Other **CELULAR BILL (2)** | $ 120.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 80.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 70.00 |
| 6. Laundry and dry cleaning | $ 55.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 75.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 88.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ |
|     e. Other ___ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) ___ | $ |
| | $ |
| 13. Installment payments (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other **GASOLINE** | $ 300.00 |
|     c. Other ___ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other **HAIR CUTS AND BEAUTY** | $ 70.00 |
|         **AUTO MAINTENANCE** | $ 40.00 |
|         **SON MEDICAL EXPENSES FROM ACCIDENT** | $ 250.00 |
| | |
| **18. TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 3,372.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**NONE**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|     a. Total monthly income from Line 16 of Schedule I | $ 5,042.18 |
|     b. Total monthly expenses from Line 18 above | $ 3,372.00 |
|     c. Monthly net income (a. minus b.) | $ 1,670.18 |

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

IN RE FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH                                    Case No. 08-05425-GAC
                                              Debtor(s)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**13**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **October 8, 2008**        Signature: **/s/ DOMINGO FIGUEROA CAMACHO**
                                            **DOMINGO FIGUEROA CAMACHO**                               Debtor

Date: **October 8, 2008**        Signature: **/s/ JUDITH ALICEA AYALA**
                                            **JUDITH ALICEA AYALA**                              (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____        Signature: _____

                                                      _____
                                                      (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only