**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                               Case No. **08-05425-GAC**

**FIGUEROA CAMACHO, DOMINGO & ALICEA AYALA, JUDITH**                 Chapter **13**
Debtor(s)

### AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **10/08/2008**
☐ PRE ☐ POST-CONFIRMATION              Filed by: ☑ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **1,600.00** x **1** = $ **1,600.00**  <br> $ **1680** x **59** = $ **99,120** <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br><br> TOTAL: $ **100,720** <br><br> Additional Payments: <br> $ _____ to be paid as a LUMP SUM within _____ with proceeds to come from: <br><br> ☐ Sale of Property identified as follows: <br> _____ <br><br> ☐ Other: <br> _____ <br><br> Periodic Payments to be made other than, and in addition to the above: <br> $ ___ x ___ = $ **100,720** <br><br> PROPOSED BASE: $ ___ | A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___ <br> B. SECURED CLAIMS: <br> ☑ Debtor represents no secured claims. <br> ☑ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1.☑ Trustee pays secured ARREARS: <br> Cr. **R.G. Mortgage**  Cr. ___   Cr. ___ <br> # **000194182**   # ___   # ___ <br> $ **86,395**   $ ___   $ ___ <br> 2. ☐ Trustee pays IN FULL Secured Claims: <br> Cr. ___  Cr. ___   Cr. ___ <br> # ___   # ___   # ___ <br> $ ___   $ ___   $ ___ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. ___  Cr. ___   Cr. ___ <br> # ___   # ___   # ___ <br> $ ___   $ ___   $ ___ <br> 4.☑ Debtor SURRENDERS COLLATERAL to Lien Holder: **Coop Ahorro y Credito Cumerieña** <br> 5. ☐ Other: <br> 6. ☑ Debtor otherwise maintains regular payments directly to: **R.G. Mortgage** <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| **III. ATTORNEY'S FEES** <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,850.00** | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___ <br> ☐ Paid 100% / ☐ Other: ___ <br> Cr. ___   Cr. ___   Cr. ___ <br> # ___   # ___   # ___ <br> $ ___   $ ___   $ ___ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ DOMINGO FIGUEROA CAMACHO** <br> Debtor <br><br> **/s/ JUDITH ALICEA AYALA** <br> Joint Debtor | OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.) <br> **TRUSTEE TO PAY FIRST ATTORNEY'S FEES AHEAD OF ANY PRIORITY OR SECURED DEBTS.** <br> **SHARES OF COOP AHORRO Y CREDITO COMERIEÑA TO BE SURRENDERED** <br> **DEBTOR TO CONTINUE REGULAR PAYMENTS DIRECTLY TO CREDITOR RG MORTGAGE AS OF SEPTEMBER 2008** |

Attorney for Debtor **HECTOR VELAZQUEZ HERNANDEZ, ESQ.**                Phone: **(787) 317-2240**

AMENDED CHAPTER 13 PAYMENT PLAN