IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DOMINGO FIGUEROA CAMACHO

JUDITH ALICEA AYALA

XXX-XX-6966

XXX-XX-4879

Debtor(s)

CASE NO. 08-05425GAC

Chapter 13

FILED & ENTERED ON 10/10/2008

**O R D E R**

Trustee to reply within twenty (20) days to debtors' reply to motion to dismiss (docket #22).

The Clerk shall give notice to all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 10 day of October, 2008.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

CC: DEBTOR
HECTOR VELAZQUEZ HERNANDEZ
ALEJANDRO OLIVERAS RIVERA
F/UP