UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE

DOMINGO FIGUEROA CAMACHO          CASE NO: 08-05425-GAC
JUDITH ALICEA AYALA               CHAPTER 13

Debtor(S)

---

## TRUSTEE'S MOTION IN COMPLIANCE WITH COURT'S ORDER (DKT. 23)

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS** as follows:

1. On 10/07/2008 we filed a motion to dismiss, dkt. #19, alleging non compliance by Debtors with the submission of documents /amendments requested during the meeting of creditors. Debtors have now submitted the documents and filed a reply, dkt. #22, to our motion to dismiss.

2. The Honorable Court has ordered us, dkt. #23, to reply to Debtors' reply to the motion to dismiss. Based on Debtors' submission the Court is now in a position to grant the reply and deny our motion to dismiss.

TRUSTEE'S MOTION IN COMPLIANCE WITH
COURT'S ORDER (DKT. 23)
CASE NO. 08-05425 GAC
Page 2 of 2

3. With the amended documents submitted by Debtors we have been placed in a position to file a report on confirmation, which we have proceeded to do under separate cover.

**WHEREFORE**, it is respectfully requested from this Honorable Court to find the Trustee in compliance with its Order entered on 10/10/2008.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s),parties in interest and creditors included in the service list attached to the original hereof.

In San Juan, Puerto Rico, this 16th. day of October, 2008.

S/**ALEJANDRO OLIVERAS RIVERA**
Alejandro Oliveras Rivera
USDC 131006
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500 Fax 977-3521
aorecf@ch13sju.com

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ASOCIACION EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN, PR 00936-4508

ASOCIACION EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN, PR 00936-4508

COOP A/C COMERIENA
64 CALLE GEORGETTI
COMERIO, PR 00782

EMPRESAS BERRIOS INC
PO BOX 674
CIDRA, PR 00739-0674

RG MORTGAGE CORPORATION
C/O WALLACE VAZQUEZ SANABRIA
17 CALLE MEJICO STE D1
SAN JUAN, PR 00917-2202

RG MORTGAGE CORPORATION
WALLACE VAZQUEZ SANABRIA
17 MEXICO ST. SUITE D-1
SAN JUAN, PR 00917-2202

RG MORTGAGE CORPORATION
WALLACE VAZQUEZ SANABRIA
17 MEXICO ST. SUITE D-1
SAN JUAN, PR 00917-2202

DOMINGO FIGUEROA CAMACHO and JUDITH ALICEA AYALA
HC 3 BOX 9121
COMERIO, PR 00782

DATED: October 16, 2008

S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE    08-05425-GAC