UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

DOMINGO FIGUEROA CAMACHO
JUDITH ALICEA AYALA

Debtor(s)

CASE NO. 08-05425-GAC

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Thu, September 25, 2008**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ ___0___

3. With respect to the attached payment plan:

| [ ] ORIGINAL PLAN DATE: | [ ] AMENDED PLAN DATE: Wed, October 8, 2008 |
|---|---|

**PLAN BASE: $100,720.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: _October 16 2008_

    [ ] FAVORABLE            [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC SEC 1325(a)(6) _____

2. [ ] INSUFFICIENT FUNDED SEC 1325(b) _____

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b) _____

4. [ ] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4) _____

5. [ ] FAILS DISPOSABLE INCOME TEST SEC 1325(b) _____

6. [X] NO PROVISION FOR A SECURED CREDITOR _treatment for shares/deposits/Savings with AEELA._

7. [X] COMMENTS (1) _Pending objection to mueblerias Berrios claim._ (2) _IVM Cert._

NOTICE: This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at this office for any interested party.

Atty Fee: $3,000.00/$150.00/$2,850.00

Atty: HECTOR VELAZQUEZ HERNANDEZ*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521