**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

IN RE:

CASE #08-05425 GAC

**DOMINGO FIGUEROA CAMACHO
JUDITH ALICEA AYALA**

CHAPTER 13

**Debtor**
---------------------------------- *

### MOTION REQUESTING ENTRY OF ORDER GRANTING OBJECTION TO CLAIM #1

TO THE HONORABLE COURT:

NOW COMES the above named debtors through the undersigned attorney and very respectfully prays and alleges as follows:

1. That creditor Financiera Berrios filed a proof of claim #1 in the sum of 434.70

2. That debtor filed objection to said claim on September 8, 2008 with a 30 day objection language (**See docket #14**).

3. That the time to reply to said objection elapsed and creditor failed to do so.

**WHEREFORE**, it is respectfully requested that this Honorable Court disallow claim #1 for the reasons herein stated.

San Juan, Puerto Rico this October 16, 2008.

I CERTIFY that on this date I sent by electronic mail a true copy of this motion to Trustee Alejandro Oliveras Rivera,Esq., to movant Financiera Berrios, PO Box 674, Cidra, P.R. 00739, and to parties in interest by regular mail.

/s/ HECTOR VELAZQUEZ HERNANDEZ
USDC PR 208313
P.O. Box 360847
San Juan, PR 00936-0847
Tel. (787) 317-2240
E-mail hector581@yahoo.com