IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 08-05425 GAC

DOMINGO  FIGUEROA CAMACHO

Chapter 13

JUDITH  ALICEA AYALA


XXX-XX-6966

XXX-XX-4879

FILED & ENTERED ON 10/17/2008

Debtor(s)


O R D E R

On 09/08/2008, the debtors filed a motion objecting to claim #1 filed by FINANCIERA BERRIOS (docket #14).  The debtor certified that he gave notice to the Chapter 13 trustee, and FINANCIERA BERRIOS that unless a response was filed within thirty days, the motion would be granted without a hearing.  More than thirty days have passed with no opposition having been filed.

WHEREFORE IT IS ORDERED that the debtors' objection to claim # 1 is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of October, 2008.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

cc: DEBTOR(S)
    HECTOR  VELAZQUEZ HERNANDEZ
    ALEJANDRO  OLIVERAS RIVERA
    FINANCIERA BERRIOS
    CLAIMS REGISTER