IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DOMINGO  FIGUEROA CAMACHO

JUDITH  ALICEA AYALA

XXX-XX-6966

XXX-XX-4879

Debtor(s)

CASE NO. 08-05425GAC

Chapter 13

FILED & ENTERED ON 04/24/2009

O R D E R

The application for compensation filed by debtors attorney Hector Velazquez Hernandez, Esq. (docket #46) is GRANTED subject availability of funds.

The Clerk shall give notice to all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 24 day of April, 2009.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

Cc:   DEBTOR
      HECTOR  VELAZQUEZ HERNANDEZ
      ALEJANDRO  OLIVERAS RIVERA